```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17506
   LEOBARBO AVALOS CALDERON
   ELIZABETH AVALOS                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
              Debtor
   SSN XXX-XX-5271     SSN XXX-XX-2502

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/25/07 and confirmed on 01/11/08.

     2.  The case was dismissed after confirmation, 11/14/2008.

     3.  The Debtor paid a total of $   6634.00 .

     4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
----------------------------------------------------------------------
BANK OF NEW YORK         CURRENT MORTG        .00         .00          .00
BANK OF NEW YORK         MORTGAGE ARRE    9566.68         .00          .00
COUNTRYWIDE FINANCIAL    SECURED              .00         .00          .00
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE    2091.56         .00          .00
UNITED DIRECT FINANCE    SECURED           300.00         .00       300.00
LAKE COUNTY COLLECTOR    SECURED          3700.00         .00      3700.00
PEOPLES GAS              UNSECURED         399.07         .00          .00
UNITED DIRECT FINANCE    UNSECURED        1071.84         .00          .00
        Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED     OTHER      TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  15658.24        .00     1470.91        .00    17129.15
PRINCIPAL PAID       4000.00        .00         .00        .00     4000.00
INTEREST PAID            .00        .00         .00        .00         .00
TOTAL PAID           4000.00        .00         .00        .00     4000.00
The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $  3500.00
and was paid $   1210.00   direct and $   2255.63   through the plan.

The Trustee received $    378.37 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 02/11/09                  /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 17506 LEOBARBO AVALOS CALDERON & ELIZABETH AVALOS